UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**                          JS-6

| Case No. | 2:26-cv-02503-CAS-RAOx | Date | May 12, 2026 |
|---|---|---|---|
| Title | Federal National Mortgage Association v. Artashes Vahani Sargsyan et al | | |

Present: The Honorable     CHRISTINA A. SNYDER

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**          **(IN CHAMBERS) - ORDER TO REMAND**

On January 2, 2026, plaintiff Federal National Mortgage Association ("plaintiff") filed this unlawful detainer action against defendants Artashes Vahani Sargsyan, Victoria Yaroshenko, and Does 1 through X, (collectively, "defendants") in Los Angeles County Superior Court. Dkt. 1 at 6. Defendant Victoria Yaroshenko, pro se, removed the case to this Court on March 9, 2026. Id. at 1. Defendant Victoria Yaroshenko concurrently filed a request to proceed *in forma pauperis*. Dkt. 2. Defendant Victoria Yaroshenko asserts that this Court has jurisdiction on the basis of a federal question. Dkt. 1 at 1 (citing 28 U.S.C. § 157 and § 1334(b)).

It appears that this Court lacks subject matter jurisdiction over this action. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law."). A defendant's attempt at creating federal subject matter jurisdiction by adding claims or defenses to a notice of removal must fail. McAtee v. Capital One, F.S.B., 479 F.3d 1143, 1145 (9th Cir. 2007).

Here, the only claim asserted by plaintiff is for unlawful detainer against defendants. See Dkt. 1. The Court therefore lacks subject matter jurisdiction and must remand. Suarez, 2011 U.S. Dist. LEXIS 82300 at *6. On April 9, 2026, the Court ordered defendant Victoria Yaroshenko to show cause, in writing, no later than April 23,

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**                    **JS-6**

| Case No. | 2:26-cv-02503-CAS-RAOx | Date | May 12, 2026 |
|----------|------------------------|------|--------------|
| Title | Federal National Mortgage Association v. Artashes Vahani Sargsyan et al | | |

2026, why this case should not be remanded to Los Angeles County Superior Court. Dkt. 8.  Defendant Victoria Yaroshenko has failed to respond to the order to show cause. Accordingly, the Court **REMANDS** this case to Los Angeles County Superior Court.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |